| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Kerry Patrick Lance |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Middle District of PA | |
| Case number | 20-00848 HWV |

Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** PENNYMAC LOAN SERVICES, LLC  
**Court claim no. (if known):** 6

**Last 4 digits** of any number you use to identify the debtor's account: 9789  
**Property address:**  
990 Orrtanna Road  
Orrtanna, PA 17353

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01 / 01 / 2025

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due: (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____
c. **Total.** Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Form 4100R Response to Notice of Final Cure Payment page 1

Document ID: 8326abd01e18d521971710073a12c3fbe5d0eb88b96dbca2739153bd9522588f
Case 1:20-bk-00848-HWV    Doc 56    Filed 12/17/24    Entered 12/17/24 14:52:48    Desc
Main Document      Page 1 of 3

| Debtor(s) | Kerry Patrick Lance | Case Number (if known): 20-00848 HWV |
|---|---|---|
| | First Name   Middle Name       Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Brent J. Lemon*             Date    12/12/2024

Brent Lemon
12 Dec 2024, 11:13:27, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Kerry Patrick Lance aka Kerry P Lance** <br> Debtor(s) <br><br> **PENNYMAC LOAN SERVICES, LLC** <br> Movant <br> vs. <br><br> **Kerry Patrick Lance aka Kerry P Lance** <br> Debtor(s) <br><br> **Jack N. Zaharopoulos**, <br> Trustee | BK NO. 20-00848 HWV <br><br> Chapter 13 <br><br> Related to Claim No. 6 |

# CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 17, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Kerry Patrick Lance aka Kerry P Lance
990 Orrtanna Road
Orrtanna, PA 17353

Attorney for Debtor(s) (via ECF)
Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: December 17, 2024

/s/ **Brent J. Lemon**
Brent J. Lemon
Attorney I.D. 86478
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(412) 475-8764
blemon@kmllawgroup.com